UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

REGINALD BRUTON,

    Plaintiff,

v.                                                        Case No. 6:16-cv-1209-Orl-37DCI

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

In the instant action, Plaintiff appealed a final decision of the Commissioner of the Social Security Administration ("**Commissioner**") denying his application for disability and disability insurance benefits. (Doc. 1.) Following the Court's Order reversing the Commissioner's decision (Doc. 38), Plaintiff moved for an award of attorney fees totaling $5,149.65, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("**EAJA**") (Doc. 44 ("**Motion**").) The Motion was unopposed, and on referral, U.S. Magistrate Judge Daniel C. Irick recommends that the Court grant the Motion in part. (Doc. 45 ("**R&R**").)

In his R&R, Magistrate Judge Irick applies the EAJA's five-step calculus to evaluate Plaintiff's attorney fee request. (*See id.*) He concludes: (1) that Plaintiff's is entitled to attorney fees under the EAJA; (2) $5,149.65 is a reasonable amount; but (3) Plaintiff's request that the EAJA fees be paid directly to his counsel can only be honored at the Commissioner's discretion. (*Id.*) As such, Magistrate Judge Irick recommends that the Court grant the Motion to award Plaintiff $5,149.65 in attorney fees, and deny Plaintiff's

-1-

request to pay the fees directly to his counsel. (*Id.* at 5.)

The parties did not object to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Marcort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no clear error, the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 45) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. Plaintiff's Petition for Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C.A. Section 2412(d) (Doc. 44) is **GRANTED IN PART AND DENIED IN PART**:

    a. Plaintiff is **AWARDED** $5,149.65 in attorney fees.

    b. In all other respects, the Motion is denied.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 1, 2017.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record